IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HUSSAIN KAREEM, Pro Se,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:09-CV-2189-M |
| | § | |
| **AMERICAN HOME MORTGAGE** | § | |
| **SERVICING, INC. (AHMSI)** | § | |
| **MORTGAGE ELECTRONICS** | § | |
| **REGISTRATION SYSTEMS, INC.,** | § | |
| **DAVID FRIEDMAN,** *CEO and* | § | |
| *Individually*, **and RK ARNOLD,** *President* | § | |
| *and CEO, Individually*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated March 15, 2010, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted. Consequently, the Plaintiff's objections, and amended objections, are OVERRULED, and all relief Plaintiff seeks is **DENIED**.

**SO ORDERED** this 13th day of April, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS